

# IN THE
# TENTH COURT OF APPEALS

No. 10-18-00356-CR
No. 10-18-00357-CR

TIANA JACKSON,

Appellant

v.

THE STATE OF TEXAS,

Appellee

**From the County Court at Law No. 1**
**From the County Court at Law No. 2**
**McLennan County, Texas**
**Trial Court No. 20162891CR1**
**Trial Court No. 20171582CR2**

# MEMORANDUM OPINION

Tiana Jackson filed a motion to dismiss her appeals. *See* TEX.R.APP.P. 42.2(a).

Dismissal of the appeals would not prevent a party from seeking relief to which it would

otherwise be entitled. The motion is granted, and the appeals are dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted; appeals dismissed
Opinion delivered and filed December 12, 2018
[CR25]

